PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Janie Brady**                       **Docket No. 7:12-CR-13-7FL**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Matthew Smith, probation officer of the court, presenting an official report upon the conduct of defendant, Janie Brady, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 6th day of March, 2012, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Obtain no passport.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: all co-defendants and witnesses.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

Janie Brady
Docket No. 7:12-CR-13-7FL
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is being supervised by USPO Elizabeth Walser in the Middle District of North Carolina. USPO Walser determined that the defendant would benefit from mental health counseling. As a result, we are requesting the court to modify the conditions of release to include mental health counseling as directed. The defendant signed a waiver agreeing to this modification.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of release be modified to include the following:

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/Matthew Smith |
| Robert K. Britt | Matthew Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 20, 2012 |

**ORDER OF COURT**

Considered and ordered this  20th  day of    March         , 2012, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge